Kent B. Dolan (KBD-6573)
Lifflander & Reich LLP
Attorneys for Defendants
New Water Street Corporation and
55 Water Street Condominium
1221 Avenue of the Americas
New York, NY 10020-1089
212.332.8825

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER 21 MC 102 (AKH) MANHATTAN DISASTER SITE LITIGATION

*21 MC 102 (AKH)*

---------------------------------------------------------------------X

CRISTOBAL YAMASQUI (AND WIFE, MATILDE YAMASQUI),

*07 CV 1548 (AKH)*

Plaintiff(s),

- against -

55 WATER STREET CONDOMINIUM, *et. al.*,

Defendants.

---------------------------------------------------------------------X

### NOTICE OF NEW WATER STREET CORPORATION'S AND 55 WATER STREET CONDOMINIUM'S <u>ADOPTION OF ANSWER TO MASTER COMPLAINT</u>

PLEASE TAKE NOTICE THAT Defendants New Water Street Corporation and 55 Water Street Condominium (collectively, the "NWSC Defendants"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the NWSC Defendants' Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the NWSC Defendants demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
August 10, 2007

        Lifflander & Reich LLP

        _____
        Kent B. Dolan (KBD-6573)
        Attorneys for Defendants
        New Water Street Corporation and
        55 Water Street Condominium
        1221 Avenue of the Americas
        New York, New York 10020-1089
        (212) 332.8820; 8825

TO:    Paul Napoli, Esq.
        Worby Groner Edelman & Napoli Bern LLP
        115 Broadway, 12th Floor
        New York, NY 10006

        *Via E-mail*

        James E. Tyrrell
        Joseph Hopkins
        PATTON BOGGS
        One Riverfront Plaza, 6th Floor
        Newark, NJ 07102

        Thomas Egan
        Flemming Zulack Williamson Zauderer LLP
        One Liberty Plaza
        New York, New York 10006